989 F.2d 496
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
James J. LIBERTO, a/k/a Jimmy Liberto, Defendant-Appellant.
 No. 92-6503.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: March 1, 1993
Decided: March 23, 1993
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CR-87-478-JFM)
 James J. Liberto, Appellant Pro Se.
 Maury S. Epner, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.
 D.Md.
 AFFIRMED.
 Before WIDENER, HAMILTON, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 James Liberto appeals from the district court's order denying Liberto's motion for reconsideration. Our review of the record and the district court's opinion discloses that this appeal is without merit.* Accordingly, we affirm on the reasoning of the district court. United States v. Liberto, No. CR-87-478-JFM (D. Md. Apr. 27, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 We deny Liberto's Motion for Appointment of Counsel